ADAM FRANK, Appellant, *v.* FRANK C. ZUCH et al., Respondents.

(Argued October 25, 1934; decided November 20, 1934.)

*Lyman Stansky* for appellant.

*Samuel W. Eskowitz* for Frank C. Zuch, respondent.

*Samuel Marion* for Atlas Fence Company, respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.